IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

SFR SERVICES, LLC,

        Plaintiff,

vs.                                      CASE NO.: 9:23-CV-81079-RLR

ARNESEN WEBB, PLLC d/b/a
ELEVATE LEGAL SERVICES, PLLC f/k/a
ARNESEN WEBB, P.A.,
JAY ARNESEN, and PARIS WEBB,

        Defendants.
_____/

## DEFENDANTS' NOTICE OF OPPOSITION TO PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS

Defendants, ARNESEN WEBB, PLLC d/b/a ELEVATE LEGAL SERVICES, PLLC f/k/a ARNESEN WEBB, P.A., JAY ARNESEN, and PARIS WEBB (collectively "Defendants"), by and through undersigned counsel, hereby file this Notice of Opposition to Plaintiff's Motion for Extension of Time to Respond to Defendants' Motion to Dismiss, and in support thereof state as follows:

1. Defendants filed their Motion to Dismiss Plaintiff's Complaint on August 23, 2023. [D.E. 11].

2. Plaintiff's deadline to file a Response to Defendants' Motion to Dismiss is September 9, 2023. [D.E. 11].

3. Plaintiff filed its Motion for Extension of Time to File Response/Reply/Answer to Defendants' Motion to Dismiss on August 31, 2023. [D.E. 14].

4. Counsel for Plaintiff and Defendants had the opportunity to confer on the morning of September 1, 2023, the date of this filing.

5. Counsel for Defendants advised counsel for Plaintiff that Defendants do not agree to Plaintiff's request for additional time to respond to Defendants' Motion to Dismiss.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed via electronic filing using the CM/ECF system with the Clerk of the Court on September 1, 2023, which sent e-mail notifications of such filing to all CM/ECF participants.

/s/ *Lee Delton Gunn V*
Frank H. Gassler, Esquire
Florida Bar No: 218677
Email: service-fgassler@bankerlopez.com
L. Delton Gunn V, Esquire
Florida Bar No.: 1038889
Email: service-dgunn@bankerlopez.com
BANKER LOPEZ GASSLER P.A.
501 E. Kennedy Blvd., Suite 1700
Tampa, FL 33602
(813) 221-1500

Fax No: (813) 222-3066
*Attorneys for Defendants, ARNESEN WEBB, PLLC d/b/a ELEVATE LEGAL SERVICES, PLLC f/k/a ARNESEN WEBB, P.A., JAY ARNESEN, and PARIS WEBB*