**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 23-CV-81079-ROSENBERG**

SFR SERVICES LLC,

       Plaintiff,

v.

ARNESEN WEBB, PLLC, d/b/a
ELEVATE LEGAL SERVICES,
PLLC, et al.,

       Defendants.

                            /

## ORDER ADOPTING MAGISTRATE'S REPORTS AND RECOMMENDATIONS

This matter is before the Court upon Defendants' Motion to Dismiss [DE 11] and Defendants' Motion to Enforce Settlement Agreement [DE 24], which were previously referred to the Magistrate Judge for a Report and Recommendation. DE 30. On January 16, 2024, the Magistrate Judge issued a Report and Recommendation recommending that the Motion to Dismiss be granted. DE 37. On the same day, the Magistrate Judge issued a separate Report and Recommendation recommending that the Motion to Enforce Settlement Agreement be denied. DE 38. The parties filed notices of no objections at docket entries 40 and 41. The Court has reviewed the Reports and Recommendations and the record and is otherwise fully advised in the premises.

Upon review, the Court agrees with the analysis in the Magistrate Judge's Reports and Recommendations and concludes that Defendants' Motion to Dismiss [DE 11] should be granted and Defendants' Motion to Enforce Settlement Agreement [DE 24] should be denied for the reasons set forth therein.

For the foregoing reasons, it is **ORDERED AND ADJUDGED** as follows:

1. The Magistrate Judge's Reports and Recommendations [DE 37, 38] are hereby **ADOPTED**;

2. Defendants' Motion to Dismiss [DE 11] is **GRANTED**, Count I of the Complaint is **DISMISSED WITH PREJUDICE**, and Counts II and III of the Complaint are **DISMISSED WITHOUT PREJUDICE**;

3. Defendants' Motion to Enforce Settlement Agreement [DE 24] is **DENIED**;

4. The Clerk of Court shall **CLOSE THIS CASE** and all pending motions are **DENIED AS MOOT**.

**DONE and ORDERED** in Chambers, West Palm Beach, Florida, this 26th day of January, 2024.

ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE

Copies furnished to Counsel of Record