# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# WEST PALM BEACH DIVISION

SFR SERVICES L.L.C.,

    Plaintiff,

v.

Case No: 23-cv-81079

ARNESEN WEBB, PLLC d/b/a
ELEVATE LEGAL SERVICES, PLLC f/k/a
ARNESEN WEBB, P.A.,
JAY ARNESEN, and PARIS WEBB,

    Defendants.

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

COMES NOW, Plaintiff, SFR Services L.L.C., by its undersigned counsel and pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby voluntarily dismisses the above-captioned case, without prejudice.

Dated: April 19, 2024.

**SHAPIRO, BLASI, WASSERMAN & HERMANN, P.A.**
*Attorneys for Plaintiff*
7777 Glades Road, Suite 400
Boca Raton, FL  33434
Telephone:  (561) 477-7800
Facsimile:  (561) 477-7722

By: */s/ Joshua B. Alper*
    Joshua B. Alper, Esq.
    Florida Bar No. 59875
    Primary E-Mail:  jalper@sbwh.law
    Secondary E-Mail: ecaruso@sbwh.law
                         floridaservice@sbwh.law

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 19, 2024, a true and correct copy of the foregoing document has been served via email to the following: Frank H. Gassler, Esq., Banker Lopez Gassler, P.A., 501 E. Kennedy Blvd., Suite 1700, Tampa, FL 33602 (service-fgassler@bankerlopez.com); and Keith T. Grumer, Esq., Grumer Law, P.A., 2482 Eagle Watch Court, Weston, FL 33327 (kgrumer@grumerlaw.com; slopez@grumerlaw.com; eservice@grumerlaw.com).

**SHAPIRO, BLASI, WASSERMAN & HERMANN, P.A.**
*Attorneys for Plaintiff*
7777 Glades Road, Suite 400
Boca Raton, FL 33434
Telephone: (561) 477-7800
Facsimile: (561) 477-7722

By: */s/ Joshua B. Alper*
Joshua B. Alper, Esq.
Florida Bar No. 59875
Primary E-Mail: jalper@sbwh.law
Secondary E-Mail: ecaruso@sbwh.law
floridaservice@sbwh.law

2